**No. 09-9410. Yayah Talib, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2363, 176 L. Ed. 2d 572, 2010 U.S. LEXIS 2996.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 347 Fed. Appx. 934.